PER CURIAM. We are of the opinion that the evidence was insufficient to show that Shieve had authority from the defendant to adjust the plaintiff's loss; that there was no such adjustment of his loss as authorized the court in holding that, if the plaintiff was entitled to recover, he was entitled to the amount stated in the list or account made by Shieve; and that the court erred in excluding the evidence offered by the defendant as to the value of the property destroyed. Without discussing the other questions presented on this appeal, we think the judgment must be reversed for the error already pointed out. This conclusion renders it unnecessary to examine the question as to the validity or propriety of the order granting the plaintiff an extra allowance. Judgment and order reversed, and a new trial granted, with costs to abide the event.

---

### SHUMWAY, Appellant, v. BELEY, Respondent.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Anna C. Shumway against Fred Beley.
Argued before HARDIN, P. J., and MARTIN and VANN, JJ.
No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed, with costs.

---

### TAYLOR, Respondent, v. GEER, Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Andrew J. Taylor against Reuben H. Geer, as executor, etc.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event. Held, (1) the court erred in admitting evidence of the plaintiff of a conversation with defendant's testatrix, which he testifies occurred when no one else was present (see Martin v. Hillen, 142 N. Y. ——, 36 N. E. 803); (2) that the request to charge as to presumption of ownership of the money from the possession of the orders should have been granted.

---

### UPDIKE, Respondent, v. ELMIRA BLDG. CO. et al., Appellants.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Alvah N. Updike against the Elmira Building Company and others.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Order affirmed, with $10 costs and disbursements.

---

### WHEELER, Respondent, v. WATERTOWN ST. RY. CO., Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Jane E. Wheeler, as administratrix, etc., against the Watertown Street Railway Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order affirmed, with costs.